IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. No CR 07 117S |
| | : | |
| v. | : | In Violation Of |
| | : | 18 U.S.C. § 922(g)(1); |
| | : | 21 U.S.C. § 844(a) |
| OLUWABUSAYO OGUNDARE | : | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about May 19, 2007, in the District of Rhode Island, the defendant, OLUWABUSAYO OGUNDARE, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: an American Arms, Inc., Model PK, .22 caliber semi-automatic pistol, serial number 002170, in violation of 18 U.S.C. § 922(g)(1).

COUNT 2

On or about May 19, 2007, in the District of Rhode Island, the defendant, OLUWABUSAYO OGUNDARE, did knowingly and intentionally possess a mixture and substance containing a

detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 844(a).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Dated: 9/5/07