CR 07 117S

AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT, RHODE ISLAND (PROVIDENCE)

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): PETER F. NERONHA

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

ATF

☑ person is awaiting trial in another Federal or State Court, give name of court

PROVIDENCE COUNTY, RHODE ISLAND, SUPERIOR COURT

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: PROVIDENCE, RHODE ISLAND

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT – U.S. vs.**

OLUWABUSAYO OGUNDARE

Addres

Birth Date

n
ble)

Social S

REDACTED

IS N

1) ☐

2) ☐
3) ☐

IS I

4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges

☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution

ACI

Has detainer been filed? ☐ Yes ☑ No — If "Yes" give date filed

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

COUNT 1 - POSSESSION OF A FIREARM HAVING BEEN PREVIOUSLY CONVICTED OF A FELONY (18 U.S.C. 922(g)(1))

MAX PENALTIES: 10 YEARS IMPRISONMENT, 3 YEARS SUPERVISED RELEASE, $250,000 FINE

COUNT 2 - POSSESSION OF COCAINE BASE (21 U.S.C. 844(a)).

MAX PENALTIES: 2 YEARS IMPRISOMENT (15 DAY MANDATORY MINIMUM); 1 YEAR SUPERVISED RELEASE; $250,000 FINE ($2500 MANDATORY MINIMUM.

TRIAL TIME: 2-3 DAYS

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)