AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES

APPEARANCE

v.

OLUWATOBI [illegible] OGUNDARE

CASE NUMBER: CR 07-117S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant O. Ogundare

I certify that I am admitted to practice in this court.

9/10/07
*Date*

*Signature*

DAMON D'AMBROSIO 3581
*Print Name* *Bar Number*

7 [illegible] Avenue
*Address*

No. Prov. RI 02911
*City* *State* *Zip Code*

401 473-0728 401-[illegible]
*Phone Number* *Fax Number*