AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

OLUWABUSAYO OGUNDARE

WARRANT FOR ARREST

RECEIVED
U.S. MARSHALS SERVICE
SEP 05 2007
District of Rhode Island

CASE NUMBER: 1:07-CR-76

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest OLUWABUSAYO OGUNDARE
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Felon in Possession of a Firearm - Count I
Possession of Cocaine Base - Count II

in violation of Title 18 & 21 United States Code, Section(s) 922(g)(1) and 844(a)

Concetta Zinni
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Concetta Zinni
Signature of Issuing Officer

September 5, 2007 at Providence, RI
Date and Location

Bail fixed at $ ____ by ____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 09/05/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER S. Wyant |
| DATE OF ARREST 09/10/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.